IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMIE THOMAS and ARGUSTER**            **PLAINTIFFS**
**WILLIAMS, Each Individually and on**
**Behalf of All Others Similarly**
**Situated; and Sean Garnett**

vs.                No. 3:19-cv-330-DPM

**VISKASE COMPANIES, INC.**               **DEFENDANT**

## JOINT MOTION FOR APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT

COME NOW Plaintiffs Jamie Thomas and Arguster Williams ("Named Plaintiffs"), each individually and on behalf of others similarly situated ("Opt-In Plaintiffs"), and Sean Garnett ("Garnett" and, together with Named Plaintiffs and Opt-In Plaintiffs, "Plaintiffs") and Defendant Viskase Companies, Inc., by and through undersigned counsel, and for their Joint Motion for Approval of FLSA Collective Action Settlement, the Parties state:

1. Named Plaintiffs filed suit against Defendant asserting individual and putative collective action claims for violation of the overtime provisions of the Fair Labor Standards Act ("FLSA") and the Arkansas Minimum Wage Act ("AMWA").

2. The Parties have reached an agreement to settle all of Plaintiffs' claims against Defendant. The Parties seek this Court's approval of their agreement as memorialized in the Settlement Agreement, which the Parties seek to file under seal as explained more fully in their contemporaneously filed Motion for Initial In Camera or Under Seal Court Review of Settlement Agreement.

Page 1 of 3
Jamie Thomas, et al. v. Viskase Companies, Inc.
U.S.D.C. (E.D. Ark.) No. 3:19-cv-330-DPM
Joint Motion for Approval of FLSA Collective Action Settlement

3. The settlement, if approved, will result in Defendant paying to the collective members their individual amounts calculated in the manner set forth in the brief filed in support of this Joint Motion and as reflected in Appendix 1 to the Settlement Agreement. The settlement also provides for Jamie Thomas to receive an additional $3,000, and for Arguster Williams to receive an additional $2,000, as consideration for their time spent as representatives of the collective class.

4. The Parties believe the Agreement is fair, reasonable, and adequate.

5. The attorneys' fees and costs to be paid to Plaintiffs' counsel are not yet resolved. The Parties agree that Plaintiffs will file a petition for fees and costs within 14 days of the entry of an Order approving the attached agreement. By agreement between the Parties, there is a bracket on the fees to be awarded to Plaintiffs' counsel: If Plaintiffs' counsel are awarded less than $45,000.00, they will be paid $45,000.00. If Plaintiffs' counsel are awarded more than $65,000.00, they will be paid $65,000.00.

6. This Joint Motion is supported by a contemporaneously filed brief.

WHEREFORE, Plaintiffs and Defendant respectfully request that the Court grant their Joint Motion, approve the FLSA settlement reached by the Parties, dismiss the matter with prejudice after notice that final payment has been made, and for such other and further relief as this Court deems necessary, just and proper.

Page 2 of 3
Jamie Thomas, et al. v. Viskase Companies, Inc.
U.S.D.C. (E.D. Ark.) No. 3:19-cv-330-DPM
Joint Motion for Approval of FLSA Collective Action Settlement

Respectfully submitted,

**JAMIE THOMAS and ARGUSTER WILLIAMS, Each Individually and on Behalf of All Others Similarly Situated, and Sean Garnett, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **DEFENDANT VISKASE COMPANIES, INC.**

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4520 Main Street, Suite 400
Kansas City, Missouri 64111
Telephone: (816) 471-1301
Facsimile: (816) 471-1303

*/s/ Patrick F. Hulla*
Patrick F. Hulla
Missouri Bar No. 41745
patrick.hulla@ogletreedeakins.com

Darin P. Shreves
Missouri Bar No. 64153
darin.shreves@ogletreedeakins.com

Page 3 of 3
Jamie Thomas, et al. v. Viskase Companies, Inc.
U.S.D.C. (E.D. Ark.) No. 3:19-cv-330-DPM
Joint Motion for Approval of FLSA Collective Action Settlement