IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMIE THOMAS and ARGUSTER WILLIAMS,
Both Individually and on Behalf of All Others
Similarly Situated; and SEAN GARNETT                         PLAINTIFFS

v.                          No. 3:19-cv-330-DPM

VISKASE COMPANIES, INC.                                      DEFENDANT

## ORDER

1. The Court appreciates the parties' joint response, *Doc. 104*. The Court understands the parties' preference for confidentiality but directs the Clerk to unseal the proposed agreement, *Doc. 106*, consistent with this Court's standard practice in wage cases.

2. The joint motion, *Doc. 101*, is granted. The proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). It reflects a good-faith compromise of contested overtime issues. And the parties are negotiating the attorney's fees and costs separately.

3. The Court certified, without conditions, a collective action. *Doc. 73*. The group contains: All hourly-paid workers at the Osceola plant employed after 15 November 2016. The group members are listed

in Exhibit A to the Settlement Agreement. *Doc. 101-1.* Individual named-plaintiff Sean Garnett has also settled. The Court directs the parties to administer their settlement as contemplated in their agreement.

4. Any motion for costs and attorney's fees due by 7 February 2022. The Court will enter Judgment dismissing the complaint with prejudice and retain jurisdiction for a time to enforce the settlement and resolve fee issues.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 January 2022