IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMIE THOMAS and ARGUSTER WILLIAMS,
Both Individually and on Behalf of All Others
Similarly Situated; and SEAN GARNETT                     PLAINTIFFS

v.                      No. 3:19-cv-330-DPM

VISKASE COMPANIES, INC.                                  DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 4 April 2022 to enforce the parties' settlement and resolve any attorney's fee issues.

_____
D.P. Marshall Jr.
United States District Judge

10 January 2022